UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| KELLY FULTO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXP REALTY, LLC,<br><br>　　　　　Defendant. | Case No. 1:22-cv-22042 |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff Kelly Fulto ("Plaintiff") and Defendant eXp Realty, LLC ("Defendant") have reached a settlement in the above-captioned matter. The parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, the parties respectfully request forty-five (45) days in order to complete settlement documents and notify this honorable Court of dismissal.

Dated: September 22, 2022                Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
/s/*Andrew J. Shamis*
Andrew J. Shamis
Florida Bar No.: 101754
ashamis@shamisgentile.com
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**NORMAND PLLC**
Jacob L. Phillips, Esq.
Fla. Bar No.: 120130
3165 McCrory Place
Suite 175
Orlando, Florida 32803
Telephone: (407) 603-6031
jacob.phillips@normandpllc.com
ean@normandpllc.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No.: 0100537
20900 NE 30th Ave., Suite 417
Aventura, Florida 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff Kelly Fulto*

Dated: September 22, 2022                Respectfully submitted,

 **SQUIRE PATTON BOGGS**
/s/*Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email:jason.joffe@squirepb.com

*Counsel for Defendant eXp Realty, LLC*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, I electronically sent the foregoing to counsel of record for the Plaintiff.

/s/ *Jason D. Joffe*
Jason D. Joffe