UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KELLY FULTO, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 1:22-cv-22042-CMA |
| vs. | JURY TRIAL DEMANDED |
| EXP REALTY, LLC, | |
| *Defendant*. | |
| _____/ | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Kelly Fulto, and Defendant, eXp Realty, LLC, pursuant to the Court's order [ECF No. 21] do hereby stipulate to the dismissal of this action, with each party to bear their own fees and costs, as follows:

1. All claims of the Plaintiff, Kelly Fulto, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 17, 2022

Respectfully Submitted,

**Edelsberg Law, P.A.**
*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320
Fax: (786) 623-0915

**Shamis & Gentile, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

Jacob Lawrence Phillips
**Normand PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
(407) 603-6031
Fax: 888-974-2175
jacob.phillips@normandpllc.com

*Counsel for Plaintiff and the Class*

**Squire Patton & Boggs LLP**
*/s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
jason.joffe@squirepb.com

*Counsel for Defendant eXp Realty, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                                  **Edelsberg Law, P.A.**
                                                  */s/ Scott Edelsberg*
                                                  Scott Edelsberg, Esq.
                                                  Florida Bar No. 0100537
                                                  scott@edelsberglaw.com
                                                  20900 NE 30th Ave., Suite 417
                                                  Aventura, FL 33180
                                                  Office: (786) 289-9471
                                                  Direct: (305) 975-3320
                                                  Fax: (786) 623-0915

                                                  *Attorneys for Plaintiff and the Class*